**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DANIEL JOSEPH DEMERY,

    Appellant,

v.                                              Case No. 3:24-cv-1190-MMH-SJH

PMP ASSET, LLC, etc.,

    Respondent.
_____/

DANIEL JOSEPH DEMERY,

    Appellant,

v.                                              Case No. 3:24-cv-1205-MMH-SJH

PMP ASSET, LLC, etc.,

    Respondent.
_____/

DANIEL JOSEPH DEMERY,

    Appellant,

v.                                              Case No. 3:24-cv-1210-MMH-SJH

PMP ASSET, LLC, etc.,

    Respondent.
_____/

1

DANIEL JOSEPH DEMERY,

    Appellant,

v.                                                   Case No. 3:24-cv-1241-MMH-SJH

PMP ASSET, LLC, etc.,

    Respondent.

_____/

## O R D E R

**THESE CAUSES** are before the Court on the Report and Recommendation (Dkt. No. 13, Case No. 1190; Dkt. No. 11, Case No. 1205; Dkt. No. 12, Case No. 1210; and Dkt. No. 11, Case No. 1241; collectively, "Report"), entered by the Honorable Samuel J. Horovitz, United States Magistrate Judge, on March 4, 2025. In the Report, Judge Horovitz recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Dkt. No. 2, Case No. 1190; Dkt. No. 2, Case No. 1205; Dkt. No. 2, Case No. 1210; and Dkt. No. 2, Case No. 1241) be denied and that these cases be dismissed without prejudice. See Report at 2, 7. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Pursuant to Rule 72, Federal Rules of Civil Procedure (Rule(s)), the Court

"must determine de novo any part of the magistrate judge's disposition that has been properly objected to." See Rule 72(b)(3); see also 28 U.S.C. § 636(b)(1). However, a party waives the right to challenge on appeal any unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1.[1] As such, the Court reviews those portions of the Magistrate Judge's findings to which no objection was filed for plain error and only if necessary, in the interests of justice. See id.; see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge's] factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Dupree v. Warden, 715 F.3d 1295, 1304-05 (11th Cir. 2013) (recommending the adoption of what would become 11th Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not.").

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so. See Report at 7-8.

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 13, Case No. 1190; Dkt. No. 11, Case No. 1205; Dkt. No. 12, Case No. 1210; and Dkt. No. 11, Case No. 1241) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Dkt. No. 2, Case No. 1190; Dkt. No. 2, Case No. 1205; Dkt. No. 2, Case No. 1210; and Dkt. No. 2, Case No. 1241) is **DENIED**.

3. These cases are **DISMISSED without prejudice**.

4. The Clerk of Court is directed to enter judgment dismissing these cases, terminate all pending motions and deadlines as moot, and close the files.

**DONE AND ORDERED** in Jacksonville, Florida, this 26th day of March, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Pro Se Party